# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN ANTHONY BULANDR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PELICAN BAY STATE PRISON,<br><br>　　　　Defendant. | Case No. 16-cv-2405-TEH<br><br><br>JUDGMENT |

For the reasons set forth in the Order of Dismissal, Judgment is entered in favor of Defendant. Plaintiff shall take nothing by way of his Complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: 6/2/2017

　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\TEH\CR.16\Bulandr2405.jud.docx